1  Pamela A. McKay (SBN 007812)
   **McKAY LAW FIRM, Chtd.**
2  3295 N. Fort Apache Road, Suite 150
   Las Vegas, NV 89129
3  Phone: 702-835-6956
   Fax: 702-835-6957
4  pmckay@mckaylawfirmchtd.com

5  Attorneys for Plaintiffs
   SCOTTSDALE INSURANCE COMPANY
6

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10 SCOTTSDALE INSURANCE COMPANY,      )
   an Ohio Corporation, SCOTTSDALE    )
11 INSURANCE COMPANY, an Ohio         )   CASE NO.:   2:08-cv-01447-LDG-LRL
   Corporation as assignee of Roel Construction )
12 Company, SCOTTSDALE INSURANCE      )
   COMPANY, an Ohio Corporation as assignee )   STIPULATION FOR DISMISSAL WITH
13 of St. Paul Fire and Marine Insurance )       PREJUDICE AND ORDER THEREON
   Company, and SCOTTSDALE INSURANCE  )
14 COMPANY, an Ohio Corporation as assignee )
   of Prestige Pools, Inc.            )
15                                    )
                                      )
16             Plaintiff,             )
                                      )
17     vs.                            )
                                      )
18 TRANSCONTINENTAL INSURANCE         )
   COMPANY, a Foreign Corporation;    )
19 CONTINENTAL CASUALTY COMPANY,      )
   an Illinois Corporation; TRANSPORTATION )
20 INSURANCE COMPANY, an Illinois     )
   Corporation; AMERICAN CASUALTY     )
21 COMPANY OF READING, PA, a          )
   Pennsylvania Corporation; and ROE  )
22 Defendants I through V,            )
                                      )
23             Defendants.            )
24 _____

25 ///
26 ///
27 ///
28 ///

1

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto
2  through their respective counsel, that the above-captioned action be dismissed with prejudice
3  with each party to bear all of their own litigation expenses, including without limitation, attorney
4  fees and costs.

McKAY LAW FIRM, CHTD.

DATED: June 3, 2010

By: *Pamela M McKay*
PAMELA A. McKAY (SBN 7812)
3295 North Fort Apache Rd, Suite 150
Las Vegas, NV 89129
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED: June 3, 2010

ALVERSON, TAYLOR, MORTENSEN
& SANDERS

By: *Seetal Tejura*
SEETAL N. TEJURA (SBN 8284)
7401 West Charleston Boulevard
Las Vegas, NV 89117
Attorneys for Defendants
NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, successor by
merger to TRANSCONTINENTAL
INSURANCE COMPANY;
CONTINENTAL CASUALTY
COMPANY; TRANSPORTATION
INSURANCE COMPANY and
AMERICAN CASUALTY COMPANY OF
READING, PA

## ORDER

IT IS HEREBY ORDERED THAT the above-captioned case is hereby dismissed in its entirety with prejudice.

DATED: 26 July 2010

U.S. DISTRICT COURT JUDGE

2